

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00352-CV

In the Interest of **A.M.Y.**, R.C.M., and E.J.M.Y., Children

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-01855
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE PULLIAM

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED October 21, 2015.

_____
Karen Angelini, Justice